J. P. Friend, appellant, v. Jacob G. Levinson and Sadie Levinson, defendants. Louis Liebling, appellee. Reywal Building Corporation, garnishee. Gen. No. 37,610.

Opinion filed January 28, 1935.

Ratner, Chapman & Ratner, for appellant. Samuel Berke, for appellee; Mayer Goldberg and Harold R. Gordon, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Oswald W. Koeber, appellant, v. Mid-City Trust and Savings Bank of Chicago and Mid-City National Bank of Chicago, appellees. Gen. No. 37,654.

Opinion filed January 28, 1935. Rehearing denied February 11, 1935.

Harry C. Kinne, for appellant; William C. Riley and John A. Nordstrand, of counsel. John M. Lee, for appellees; Thomas J. Carroll, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Albert O. Smith, appellant, v. Orra Greenabaum, appellee. Gen. No. 37,750.

Matchett, J., dissenting. Opinion filed January 28, 1935.

George D. Kimball, for appellant. Jean Smith, Henry B. Evans and Maurice H. Kamm, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Bankers Trust Company, appellee, v. Jennie J. Johnson et al., appellants. Gen. No. 37,812.

Opinion filed January 28, 1935.

Louis L. Bresler, for appellants; David H. Kraft, of counsel. Cummings & Wyman, for appellee; Austin L. Wyman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.